IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**In the Matter of:** )
 ) Case No. 16-30495
 **Willie Grace,** )
 ) Chapter 13
 )
 **Debtor.** )

**MOTION TO DETERMINE POST-PETITION MORTGAGE FEES AND EXPENSES**

Debtor, by and through attorney, hereby moves this Honorable Court pursuant to Rule 3002.1(e) of the Federal Rules of Bankruptcy Procedure to determine whether MidFirst Bank is entitled to recover its post-petition fees, expenses, or charges. As grounds for this motion, the Debtor states as follows:

1. The Debtor filed for Chapter 13 bankruptcy relief on February 24, 2016. Debtor filed his plan on this same day.

2. Debtor's plan proposed to pay MidFirst Bank directly on his home mortgage.

3. The Court confirmed Debtor's plan on May 9, 2016.

4. MidFirst has not filed a Motion for Relief from the Automatic Stay.

5. MidFirst filed a proof of claim on March 23, 2016, and on May 2, 2017, MidFirst filed a Notice of Mortgage Payment Change. On July 12, 2017, MidFirst filed a "Notice of Postpetition Mortgage Fees, Expenses and Charges" (the "Notice") as a supplement to its proof of claim.

6. The Notice indicates the mortgage account incurred fees totaling $87.45 for line item no. 1, "Late charges" and that the account incurred a fee of $50.00 on May 2, 2017, for line item no. 11, "Other. Notice of Payment Change."

7. Although MidFirst is an oversecured creditor, Debtor contends the fees for filing the Notice of Mortgage Payment Change are not recoverable under the agreement or, in the alternative, are not reasonable and therefore should be reduced to a reasonable amount.

WHEREFORE, the premises considered, the Debtor moves this Court to enter an order determining that MidFirst is not entitled to recover its post-petition fees, expenses, or charges, for filing a Notice of Mortgage Payment Change or, in the alternative, enter an order reducing MidFirst's post-petition fees, expenses, or charges to a reasonable amount. Debtor further moves this Court to award him attorney's fees in connection with this matter.

Respectfully submitted February 19, 2018.

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street
Montgomery, AL 36104
334-269-4440- Selma 334-872-4545
rshinbaum@smclegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing motion on all parties listed below by CM/ECF or by mailing a copy of same to them on February 19, 2018.

Chapter 13 Trustee

Bankruptcy Administrator

MidFirst Bank
c/o Stephen Bulgarella, Attorney for Creditor
[electronically]

/s/ Richard D. Shinbaum
Richard D. Shinbaum ASB-8638-B54R